IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| NEPHATERIA FREDERICKS | : | CIVIL ACTION |
| | : | |
| Plaintiff, | : | DOCKET NO.: 3:23-cv-00435-GTS-ML |
| v. | : | |
| | : | |
| GHS FEDERAL CREDIT UNION | : | |
| | : | |
| Defendant. | : | |
| | : | |

## STIPULATION AND ORDER OF DISMISSAL

Plaintiff Nephateria Fredericks and Defendant GHS Federal Credit Union hereby stipulate under Federal Rule of Civil Procedure 41(a)(1)(ii) that this action be dismissed with prejudice as to all claims, causes of action, and parties, with each party bearing its own attorneys' fees and costs.

*/s/ Adam C. Lease*
Adam C. Lease, Esq.
Karpf, Karpf & Cerutti, P.C.
3331 Street Road
Two Greenwood Square, Suite 128
Bensalem, PA 19020
(215) 639-0801
*Attorneys for Plaintiff*

*/s/ Danielle Rudkin*
Danielle Rudkin, Esq.
Freeman Mathis & Gary, LLP
5 Penn Plaza
23rd Floor
New York, NY 10001
(973) 221-5121
*Attorneys for Defendant*

APPROVED and SO ORDERED:

_____
Hon. Glenn T. Suddaby, U.S.D.J.